IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REYNALDO ANDREAU, JR.,

    Plaintiff,

v.                                    CASE NO.: 4:09cv252-SPM/WCS

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Resolution (doc. 24) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice with each side to bear its own fees and costs.

2. The Court retains jurisdiction to enforce the settlement agreement.
DONE AND ORDERED this 24th day of February, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge